# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORENO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:17-cv-00541-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>DEADLINE: May 22, 2017 |

　　Plaintiff Michelle Moreno filed this action on April 17, 2017. The summons was issued on April 18, 2017. Pursuant to the scheduling order issued on April 18, 2017, Plaintiff is required to effect service within twenty days of filing the complaint and file a return of service with this Court. More than twenty days have passed and Plaintiff has not filed a return of service with the Court.

　　Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice on or before May 22, 2017, informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated: **May 15, 2017**

UNITED STATES MAGISTRATE JUDGE

1