# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORENO,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:17-cv-00541-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 13) |

On December 12, 2017, the parties filed a stipulation to extend the time for Plaintiff to file her opening brief in this action. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before January 17, 2018;
2. Defendant shall file an opposition on or before February 16, 2018; and
3. Plaintiff's reply, if any, shall be filed on or before March 2, 2018.

IT IS SO ORDERED.

Dated: __December 27, 2017__

UNITED STATES MAGISTRATE JUDGE

1