# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORENO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00541-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 15, 17) |

After Plaintiff failed to file her opening brief in compliance with a December 27, 2017 order granting the parties stipulation for an extension of time, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to prosecute. (ECF No. 15.) On January 24, 2018, Plaintiff filed her opening brief and a response to the order to show cause. (ECF No. 17.)

Based on counsel's representation that the failure to comply was due to a scheduling error, the Court shall discharge to order to show cause. However, the Court notes that this is not the first issue with counsel's failure to comply with court deadlines. See Elliott v. Comm. of Soc. Sec., 1:16-cv-01763-SAB (Aug. 30, 2017) (failure to file opening brief); Cook v. Comm. of Soc. Sec., 1:16-cv-00631-SAB (Jan. 27, 2017 (same). Therefore, while the Court will extend the time for Defendant to file a response to the opening brief due to the delayed filing, the time for Plaintiff to file her reply shall remain the same.

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The order to show cause filed January 19, 2018, is DISCHARGED;
2. The time for Defendant to file a response to Plaintiff's opening brief shall be extended to February 23, 2018; and
3. The date for Plaintiff to file a reply, if any, shall remain March 2, 2018.

IT IS SO ORDERED.

Dated: **January 25, 2018**

UNITED STATES MAGISTRATE JUDGE