# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MORENO,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:17-cv-00541-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION FOR ATTORNEY FEES<br><br>DEADLINE: AUGUST 2, 2018 |

       Plaintiff Michelle Moreno filed this action on April 17, 2017, seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability benefits pursuant to the Social Security Act. On April 4, 2018, an order issued granting in part Plaintiff's Social Security Appeal and remanding for further administrative proceedings. On July 3, 2018, Plaintiff filed a motion for attorney fees.

       The Local Rules of the Eastern District of California provide that a party having no opposition to the granting of a motion shall file a statement of non-opposition. L.R. 230(c). The Court shall require Defendant to either file an opposition to the motion for attorney fees or a statement of non-opposition. If there is no opposition, the parties may stipulate to the award of attorney fees.

       Based on the foregoing, IT IS HEREBY ORDERED that Defendant shall file an

1

opposition or a statement of non-opposition to Plaintiff's motion for attorney fees on or before August 2, 2018.

IT IS SO ORDERED.

Dated: **July 3, 2018**

_____
UNITED STATES MAGISTRATE JUDGE